**APPENDIX "B"**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JASON LEWIS,

                Plaintiff,

-against-

PRIMECARE MEDICAL, INC.; PERSONALCARE
REGISTERED PROFESSIONAL NURSING, P.C.;
PRIMECARE MEDICAL OF NEW YORK, INC.; and
WARREN COUNTY,

                Defendants.

STIPULATION OF
VOLUNTARY
DISMISSAL
WITH PREJUDICE
Civil Action No.: 21-CV-930
(BKS/CFH)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: June __9__, 2002

SOVERN LAW, PLLC

By: _Cheryl L. Sovern_
Cheryl L. Sovern, Esq.
Bar Roll No. 514556
Attorney for Plaintiff
Sovern Law, PLLC
100 Saratoga Village Blvd, Suite 38
Telephone: (518) 400-8030

Dated: June __9__, 2022

BARCLAY DAMON

By: _[signature]_
Benjamin M. Wilkinson, Esq.
Bar Roll No. 519844
Attorney for Primecare Defendants
80 State Street
Albany, NY 12207
Telephone: (518) 533-3206

3

Dated: June 15, 2022

DORF & NELSON LLP

BY: *[signature]*
James F. Creighton, Esq.
Bar Roll No.: 703197
Attorney for Warren County
The International Corporate Center
555 Theodore Fremd Avenue, 3rd Floor
Rye, NY 10580
Telephone: (914) 381-7600 ext 149


IT IS SO ORDERED:

*[signature]*

**Brenda K. Sannes**
**U.S. District Judge**

Dated: June 22, 2022
       Syracuse, NY